IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LARRY JOE THOMPSON,<br><br>Defendant. | )<br>)<br>)<br>)   Cr. No.: 25-10084-STA<br>)<br>)   21 U.S.C. § 841(a)(1)<br>)<br>)<br>)<br>) |

# INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

### COUNT 1

On or about November 10, 2024, in the Western District of Tennessee, the defendant,

------------------------------------- **LARRY JOE THOMPSON** -------------------------------------

knowingly and intentionally possessed with the intent to distribute methamphetamine, a controlled substance as classified by Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

DATE: 11/3/25

D. MICHAEL DUNAVANT
United States Attorney
Western District of Tennessee

_____
CAROLINE F. PARISH
Assistant United States Attorney
Western District of Tennessee